Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

DOLLY SALERNO,
Individually and on behalf of all
others similarly situated

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-CV-304

v.

CITY OF NIAGARA FALLS, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that all of Defendants' Motions to Dismiss are Granted.

Date: December 11, 2020

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk